1  LAWRENCE A. DIAMANT (State Bar No. 39582)
   LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
2  10250 Constellation Boulevard, Suite 1700
   Los Angeles, California 90067
3  Telephone: (310) 229-1234
4  Facsimile: (310) 229-1244
   Email: lad@lnbrb.com
5
6  Attorneys for Sandra K. McBeth,
   Chapter 7 Trustee

**FILED & ENTERED**

**MAR 12 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re | ) Case No. 9:09-bk-10740-RR |
| CINDY C. JAEGER, | ) |
| | ) Chapter 7 |
| Debtor. | ) |
| | ) |
| | ) Adv. No. 9:09-ap-01101-RR |
| MONTECITO BANK & TRUST, a California corporation, | ) |
| | ) **ORDER DISMISSING ADVERSARY ACTION** |
| Plaintiff, | ) |
| vs. | ) |
| THE ESTATE OF JAY D. JAEGER, et al., | ) |
| Defendants. | ) |
| | ) |
| BARTON E. CLEMENS, JR., TRUSTEE OF THE JAY D. JAEGER IRREVOCABLE LIFE INSURANCE TRUST, | ) |
| Counterclaimant, | ) |
| vs. | ) |
| MONTECITO BANK & TRUST, a | ) |

```
 1  California corporation, and SANDRA       )
    McBETH, Chapter 7 Trustee,               )
 2                                           )
                        Counterdefendants.   )
 3                                           )
                                             )
 4                                           )
    SANDRA K. MCBETH, Chapter 7              )
 5  Trustee,                                 )
                                             )
 6                      Cross-Complainant,   )
                                             )
 7  vs.                                      )
                                             )
 8                                           )
    BARTON E. CLEMENS, JR., TRUSTEE          )
 9  OF THE JAY D. JAEGER                     )
    IRREVOCABLE LIFE INSURANCE               )
10  TRUST, MONTECITO BANK & TRUST,           )
    a California corporation,                )
11                                           )
                        Cross-Defendants.    )
12                                           )
```

An Order approving the Trustee's compromise of controversies with Barton E. Clemens, Jr., Trustee of the Jay D. Jaeger Irrevocable Life Insurance Trust and Cindy Jaeger was entered by this Court on February 3, 2010. The Order resolves the issues between all remaining parties in this adversary matter. Now therefore, good cause appearing, it is

**ORDERED** that this Adversary No. 9:09-ap-01101-RR is dismissed.

###

DATED: March 12, 2010

*/s/ Robin Riblet*
United States Bankruptcy Judge

- 2 -

| In re: Cindy C. Jaeger, | CHAPTER 7 |
|---|---|
| Debtor(s). | CASE NUMBER 9:09-bk-10740-RR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

10250 Constellation Blvd., Ste. 1700 Los Angeles, CA 90067

A true and correct copy of the foregoing document described **ORDER DISMISSING ADVERSARY ACTION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** (indicate method for each person or entity served)**:**
On <u>March 10, 2010</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

The Honorable Robin L. Riblet
U.S. Bankruptcy Court
1415 State Street, #103
Santa Barbara, CA 93101

United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Peter A Umoff
Seed Mackall LLP
1332 Anacapa Street Suite 200
Santa Barbara, CA 93120

Eric W Burkhardt
Beall & Burkhardt
1114 State St Ste 200
Santa Barbara, CA 93101

Sandra K. McBeth
2236 S. Broadway, Suite J
Santa Maria, CA 93454

☐         Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*JANUARY 2009*   **F 9013-3.1**

In re: Cindy C. Jaeger,

Debtor(s).

CHAPTER 7

CASE NUMBER 9:09-bk-10740-RR

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 10, 2010 | Katie Finn | /s/Katie Finn |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*JANUARY 2009*    **F 9013-3.1**

In re: Cindy C. Jaeger,

CHAPTER 7

Debtor(s).  CASE NUMBER 9:09-bk-10740-RR

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify)* **ORDER DISMISSING ADVERSARY ACTION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March 10, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Eric W Burkhardt    castlesb@aol.com
- Lawrence A Diamant    lad@lnbrb.com, katie@lnbrb.com
- United States Trustee (ND)    ustpregion16.nd.ecf@usdoj.gov
- Sandra McBeth    jwalker@mcbethlegal.com, CA65@ecfcbis.com

☐ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Peter A Umoff
Seed Mackall LLP
1332 Anacapa Street Suite 200
Santa Barbara, CA 93120

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*JANUARY 2009*    **F 9021-1.1**