# UNITED STATES BANKRUPTCY COURT
## Central District Of California

| **Debtor(s) Name** | **For Court Use Only** |
|---|---|
| **Plaintiff**<br><br>Montecito Bank & Trust | **FILED**<br><br>September 2, 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY DCH DEPUTY CLERK |
| **Defendant**<br><br>The Estate of Jay D Jaeger | |
| **Chapter:** 7<br><br>**Case Number:** 9:09–bk–10740–RR<br><br>**Adversary Number:** 9:09–ap–01101–RR | **ORDER CLOSING ADVERSARY PROCEEDING** |

*The complaint filed in the above case has been disposed of and is no longer pending due to either the dismissal of the main case or the entry of a judgment in the Adversary Proceeding. Since it appears that no further matters are required that this adversary proceeding remain open, it is ordered that the adversary proceeding is closed.*

*Dated: 9/2/10*                                                      *By Order of the United States Bankruptcy Court*


**Kathleen J. Campbell**
*Clerk of Court*

65/ DCH